COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Iftikhar Ahmed, P.A. and Farhan Khan, M.D.

Appellate case number:   01-19-00584-CV

Trial court case number:  2016-76925

Trial court:             113th District Court of Harris County

Relators, Iftikhar Ahmed, P.A. and Farhan Khan, M.D, have filed a petition for writ of mandamus challenging the trial court's June 10, 2019 new-trial order. The Court requests that real party in interest file a response to the petition limited to whether the trial court (1) erred in granting a new trial without providing case-specific reasoning and analysis and (2) abused its discretion in ordering new trial. A response is not necessary as to the petition's assertion that the trial court lacked plenary power. The response shall be due no later than **September 3, 2019**.

It is so ORDERED.

Judge's signature:  _____/s/ Sarah B. Landau_____
                              Acting individually


Date:  _August 13, 2019___